```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
LYNETTE WOODARD,                        :    25cv5415 (DLC)
                                        :
                     Plaintiff,         :        Order
           -v-                          :
                                        :
UNDRCRWN, LLC, et al.,                  :
                                        :
                     Defendants.        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the plaintiff's notice of September 16, 2025, it is hereby

ORDERED that the plaintiff shall by **September 26, 2025**, file any motion for default judgment against defendant UNDRCRWN, LLC. Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions. The default judgment hearing will occur on **October 9, 2025**, at **3:00 pm**.

IT IS FURTHER ORDERED that the plaintiff shall serve this Order, the motion for default judgment papers, and a copy of the Court's Individual Practices on defendant UNDRCRWN, LLC, and shall file proof of such service on ECF on or before **October 3, 2025**.

Dated:   New York, New York
         September 16, 2025

                                   _____
                                         DENISE COTE
                                   United States District Judge