```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
LYNETTE WOODARD,                          :     25cv5415 (DLC)
                                          :
                          Plaintiff,      :         Order
            -v-                           :
                                          :
UNDRCRWN, LLC, et al.,                    :
                                          :
                          Defendants.     :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

An Order of October 2, 2025 adjourned the pretrial conference to October 23, 2025 at 10:00 AM.  It is hereby

ORDERED that the pretrial conference is adjourned to **October 31, 2025** at **2:30 PM.**

IT IS FURTHER ORDERED that default judgment hearing against defendant UNDRCRWN, LLC remains set for **October 9, 2025** at **3:00 PM.**

Dated:   New York, New York
         October 8, 2025

                                     _____
                                              DENISE COTE
                                     United States District Judge