```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
LYNETTE WOODARD,                         :     25cv5415 (DLC)
                                         :
                        Plaintiff,       :        ORDER
            -v-                          :
                                         :
UNDRCRWN, LLC, et al.,                   :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons stated on the record at the default hearing held on October 9, 2025 it is hereby

ORDERED that default is entered in favor of the plaintiff and against defendant UNDRCRWN, LLC. Damages will be assessed at an inquest.

IT IS FURTHER ORDERED that the plaintiff shall serve UNDRCRWN, LLC with a copy of this order by October 21, 2025.

Dated:   New York, New York
         October 14, 2025

                                   _____
                                         DENISE COTE
                                   United States District Judge