UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
                                            :
LYNETTE WOODARD,                            :        25cv5415 (DLC)
                                            :
                    Plaintiff,              :           ORDER
          -v-                               :
                                            :
UNDRCRWN, LLC, et al.,                      :
                                            :
                    Defendants.             :
                                            :
------------------------------------------- X

DENISE COTE, District Judge:

     An Order of October 14, 2025, entered a default in favor of
the plaintiff against defendant UNDRCRWN, LLC.  On December 5,
the plaintiff and the Herschend Defendants filed a joint
stipulation of voluntary dismissal with prejudice.  All claims
having been dismissed against the Herschend Defendants, it is
hereby

     ORDERED that this matter is referred to Magistrate Judge
Tarnofsky for an inquest on the question of damages with respect
to defendant UNDRCRWN, LLC.

Dated:     New York, New York
           December 9, 2025

                                    _____
                                    DENISE COTE
                                    United States District Judge