UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNETTE WOODARD<br><br>        Plaintiff,<br><br>  -against-<br><br>UNDRCRWN, LLC, et al.,<br><br>        Defendants. | 25-CV-05415 (DLC) (RFT)<br><br>**SCHEDULING ORDER<br>FOR DAMAGES INQUEST** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic status conference is scheduled for **December 15, 2025, at 10:00 AM.** The parties should be prepared to discuss the status of the inquest. Counsel for Plaintiff and Defendant UNDRCRWN, LLC are directed to join the conference at the scheduled time by dialing (646) 453-4442, Access Code: **760 746 274#**.

Plaintiff's Counsel is **ORDERED** to send a copy of this order by mail to Defendant UNDRCRWN, LLC by **December 12, 2025** and to file proof of such service on the docket on the same day.

DATED:  December 11, 2025
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge