UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LYNETTE WOODARD<br><br>            Plaintiff,<br><br>   -against-<br><br>UNDRCRWN, LLC, et al.,<br><br>            Defendants. | 25-CV-05415 (DLC) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff shall, by **February 28, 2026**, serve any third-party subpoenas for discovery in connection with a damages inquest in this matter. Proof of service shall be filed on the docket on the date of service.

Plaintiff's Counsel is **ORDERED** to send a copy of this order by mail to Defendant UNDRCRWN, LLC by **December 17, 2025** and to file proof of such service on the docket on the same day.

DATED:  December 15, 2025
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge