UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
LYNETTE WOODARD,                       :          25cv5415(DLC)
                                       :
                        Plaintiff,     :             ORDER
            -v-                        :
                                       :
UNDRCRWN, LLC, et al.,                 :
                                       :
                        Defendants.    :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

An Order of October 14, 2025, entered a default in favor of the plaintiff against defendant UNDRCWN, LLC. On December 5, the plaintiff and the Herschend Defendants filed a joint stipulation of voluntary dismissal with prejudice. An Order of December 9 referred this matter to Magistrate Judge Tarnofsky for an inquest on the question of damages with respect to UNDRCRWN, LLC. On January 27, 2026, the plaintiff filed a letter requesting a discontinuance of the inquest process. Accordingly, it is hereby

ORDERED that the plaintiff's claims against UNDRCRWN, LLC are dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk of Court shall close

this case.

Dated:    New York, New York
          January 28, 2026

_____
DENISE COTE
United States District Judge
